SHEA v. PAPPAS. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Trial Term, New York

County. Action by Mamie Shea, an infant, etc., against Nicholas Pappas. From the judgment, and from an order denying a motion for a new trial, defendant appeals. Reversed, and new trial ordered, unless plaintiff stipulate to reduce the verdict, in which event the judgment, is so modified, and the order, to be affirmed. Sidney J. Loeb, for appellant. George F. Hickey, for respondent.

PER CURIAM. It was error to admit upon the question of damages evidence as to the expenditures by the plaintiff's mother to the amount of $50. The judgment and order should therefore be reversed, and a new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce the verdict by deducting therefrom the sum of $50, in which event, the judgment, as so modified, and the order appealed from, should be affirmed, with costs to the respondent.

